(No. 7144.   December 21, 1944.)

WILLARD W. WICKEL, Respondent, v. CASSIA CREEK IRRIGATION COMPANY, INC., a corporation; JAMES SPOFFORD, State Reclamation Engineer of the State of Idaho, Appellants.

[154 Pac. (2d) 512.]

Bert H. Miller, Attorney General, and Bissell & Bird for appellants.

S. T. Lowe and Kales E. Lowe for respondent.

John A. Carver, United States Attorney for the District of Idaho; E. H. Casterlin, Assistant United States Attorney, and Ariel L. Crowley, Amici Curiae.

PER CURIAM—The above entitled cause was consolidated for trial with the case of *Beecher et al v. Cassia Creek Irrigation Company, Inc.*, a corporation, et al.   Separate findings of fact, conclusions of law, and decree were made and entered in each case, and appeals separately prosecuted. The evidence, so far as the material questions involved are concerned, is substantially the same, and no useful purpose would be served by the preparation of two opinions.

The above entitled cause is governed and controlled by *Beecher et al. v. Cassia Creek Irrigation Company, Inc., et al.*, ante p. 1. Similar decree will be entered herein and when so entered, affirmed.

Ailshie, J., concurs in the conclusion.